DATE 7-28-2015

IN THE Sixth Court of Appeles
OF THE THIRD States District Court

RECEIVED IN
The Court of Appeals
Sixth District

AUG 0 3 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

AUG 3 4 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Claimant
Esaw Lampkin
Petitioner

FILED IN
The Court of Appeals
District

AUG 0 3 2015

Texas
Debra K. Autrey, Clerk

RE: APPellate cause:
#06-14-00024-CR

Claims of ReLief
Jurisdiction Notice
UNDER Rule oF APPellant Proc: Rules 3. And
oF Fairness in Adjuicatory Proceedings are
UNDER Rules 52.11

(1) To: WHom that it may concern of this Here Court. THE APPellent Herein at this Here time. are Produceing. evidence oF THe insufficient search Warrant. Document oF PROOF oF THE UNsign are unProPerly stamp. oF THe material oF the evidence at the motion To SUPPression Hearing →

(2) THe Documents Here are the TRUE insfficient Documents ThaT THe. Trial. ATToreney gave To His client. There are NO seal. NOR SWORN To Certified court stamps. Produced. HereIN ON THE insufficient "Search Warrant Exhibits" Document are invalid. THis Document oF A Hereing Was ProPerly oBJected To at Trial. moTion To suppession

A "Tribunal" on an unPrivileged. Fact. which the APPellant. ATToreney shouln Have Reasonably made KNOWN. To this court directly. and To make disclosen oF That evidence KNOWN to Be False. "Material evidence" on APPeal.

SEE ATTachment Pages oF
A Factual issue claims

Claims of the court Reporter Records of The motion to suppress illegal sezaze BLOOD of A Reversal ERROR OF A Appellent Record.

Paragraph →
The court of Trial courts did not have A true Records of the Exhibit of A Properly sign search warrant. Those Document are Fabricated evidence of A misleadins of A Records that come often Trial.

Paragraph
The courts are allowing the state to Produce A Fabricated. Records of an False Exhibit of A illegal search warrant that was not Apart of Appellant Trial nor of the Crecet. True material Testimony

Statements of A Factural claim in the Appellant Record. There was A dispostion of A Prepare Campelet. of Facts of Trial. Court ERROR. to denie the "Appellant motion" to suppress Providing in the entire Record. The BURDEN of Proofs to Preserved ERRORS on Appeal →

Appellant Ascertain. that material Testimony or other evidence. are made False A client A court. must withdraw THE False Matrial and Fraud. Applies in litigation see comments to Rules of Appellant Proc. 1.02 (c) and 8.04 (A)

The alleged defects are Harmfull ERRORS and the Documents to which was added on to A Record of states search warrant are not true dupliciteded document see Attachment Exhibits. Alleged. defects Appellant Attorency Fail. to Property Address on Appeal on His client Behalf.

SEE Attachment insufficient search Warrant Exhibits of True Evidence

Date 7-28-2015

To: Blood Draw was a unconstitutional Blood Draw. Because if was Foceable. and against the Appellant concent. case Law cite at Beeman Vs. State 86. S.W.3d. 613 Tex Crim APP. 2002 under the implied. consent statute and dispite the Existence. of a search warrant. This search was invaild Because it violated. The states implied. consent statute there was no car Accident. and someone was inJured are claims of Reveral Errors of Appeal

The Appellant Attoreney of record. on For the didnot Address this Here issues on Appeal. He claim. That the state had. a true warrant. That allowed a Blood Drawing see case cite Please see missouri vs. mc Neely 358 S.W.3d 65, 2012 and under Transp. Code Ann. 3 724. 013 Vernon Supp 1998/ Section 724. 012 (b) 2. state a Blood Sample. may not be Taken if a Person refuses. designathe by a Peace officer

Subscribed and sowren To a forgoing of the True Insufficient document of unsign or the Exhibit materials of Evidence are Been To The court of Appeals. sixth Appellate District Court Bi-state Justice Building 100 North state Line Avenue # 20 Tedarkana Texas 75501 Forward. From The clements unit 9601 spur 591 Amarillo Tx 79107 Legal mail. Box To The courts on The 7-28-2015

**TEXAS DEPARTMENT OF PUBLIC SAFETY**
**TEXAS HIGHWAY PATROL DIVISION**
**OFFENSE REPORT**

FILE TITLE: Lampkins, Esaw

INVESTIGATING OFFICER: Trooper Bobby Dean

COUNTY: Gregg

REPORT DATE: 07/31/13

## Victims:

*Name & Address:*

State of Texas

## Vehicles:

*Description:*

Blk 1998 Dodge Ram PU
TXLP AR15399
VIN 3B7HF1228WM239854
Owner: Lopez, Gilberto

*Disposition:*

Released to Nolen's Towing

## Weapons:

*Description:*

None

*Disposition:*

13-04421

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## TEXAS HIGHWAY PATROL DIVISION
### OFFENSE REPORT

**X**   TRAFFIC

_____   CRIMINAL

_____   SCHOOL NOTIFICATION
REQUIRED (ART. 15.27 CCP)

REPORT DATE:   07/31/13

13-1572

| FILE TITLE | INVESTIGATING OFFICER: |
|---|---|
| 1. Lampkins, Esaw | TYPED NAME: Trooper Bobby Dean    ID-NR: 12765 |
| 2. ▬▬▬▬ | SIGNATURE: _Bobby Dean_ |
| 3. ▬▬▬▬ | REGION/DISTRICT/SGT. AREA: 1B06 |
| 4. | APPROVING SUPERVISOR: |
| 5. | |
| SID # ▬▬▬   DL # ▬▬▬ | TYPED NAME: Sgt. Bruce Dalme    ID-NR: 7706 |
| ID # ▬▬▬   DOB 06/05/68 | SIGNATURE: |
| OTHER: | |

RPT-RE:   Driving While Intoxicated 3rd or More PC Ch. 49

**COMPLETE IF TRAFFIC OFFENSE AND CHEMICAL TEST IS OFFERED:**

TEST OFFERED: BREATH ___   BLOOD **X**   URINE ___   NONE ___    TEST GIVEN: BREATH ___   BLOOD **X**   URINE ___   REFUSED ___   NONE ___

TEST RESULT: 1) _____   2) _____    DIC-23 SUBMITTED: YES **X**   NO ___    OPERATOR ID # **21489**

| DEFENDANT(S) | OFFENSE(S) | COUNTY | DATE/TIME |
|---|---|---|---|
| Lampkins, Esaw | Driving While Intoxicated 3rd or More | Gregg | 7/12/13 10:27 PM |

## Synopsis:

On 7/12/13, GCSO Deputy Joe Cassin, stopped a vehicle on IH 20 Service Rd. in Gregg County, TX that was reported stolen. The driver was identified as Lampkins, Esaw B/M 06/05/68. Lampkins showed several signs of intoxication and was arrested for UUMV, DWLI W/ Prev Conv/Susp, and Driving While Intoxicated 3rd or More. He refused to provide a blood specimen and a blood search warrant was obtained and executed.

## Details:

1. On Friday, July 12th, 2013 at approximately 10:27 PM, GCSO Deputy Joe Cassin stopped a vehicle operated by Lampkins, Esaw B/M 06/05/68 on IH 20 Service Rd. near SH 135. The vehicle was reported and confirmed stolen. While speaking to Lampkins, Deputy Cassin suspected that he was intoxicated.

2. I, Trooper Bobby Dean, arrived on scene to conduct a Driving While Intoxicated investigation. I observed that Lampkin's eyes were glassy and red and the odor an alcoholic beverage was present on his breath.

3. Deputy Cassin advised Lampkins of the Miranda Warnings. I asked him how much alcohol he had consumed and he stated that he had one 16 ounce Natural Light beer. I asked him if the truck was stolen and he stated that he did not know if it was or not that he was just driving it.

4. I walked him to the front of my patrol unit and administered the Standardized Field Sobriety Tests.

5. **Standardized Field Sobriety Tests:**

6. I asked him if he had any head injuries or medical problems and he stated that he did not have any that

| | |
|---|---|
| FILE TITLE: Lampkins, Esaw | COUNTY: Gregg |
| INVESTIGATING OFFICER: Trooper Bobby Dean | REPORT DATE: 07/31/13 |

### Opinion of Arresting Officer

12. All the clues that I observed:

- Glassy Eyes

- Bloodshot Eyes

- Odor of an alcoholic beverage on his breath as he spoke

- Admission to consuming alcohol

- 4 HGN Clues

- Stated "5" on "0-10" scale

- Admission to be being intoxicated

I formed the opinion that he was intoxicated and had lost the normal use of his mental and physical faculties.

### Arrest:

13. He was then escorted to the front seat of my patrol unit.

14. Prior to leaving for the jail, I read him the DIC-24 Statutory Warning and requested a blood specimen. He refused to provide the specimen.

15. He was then transported to Good Shepherd Medical Center. I prepared a blood search warrant and contacted Judge Tim Womack. Judge Womack reviewed the warrant and found that probable cause existed and issued the warrant.

### Hospital:

16. Lampkins was provided a copy of the warrant. Then the following was done:

   a. I removed the vial from the Blood Collection Kit.

   b. The expiration on the Blood Kit was 07/2014.

| | |
|---|---|
| FILE TITLE:  Lampkins, Esaw | COUNTY:  Gregg |
| INVESTIGATING OFFICER:  Trooper Bobby Dean | REPORT DATE:  07/31/13 |

   c.  I filled out the label completely except for the time the blood was drawn.

  d.  I handed the closed vial to Nurse Don Leach.

   e.  The preservative/anti coagulant powder was visible in the bottom of the vial.

   f.  He used a non alcoholic solution to disinfect the arm, and drew the blood sample into the vial which indicated that the vacuum on the vial was working properly.

   g.  He rotated the vial five times so as to mix the blood with the anti coagulant.

   h.  The vial (never having been opened) was delivered to me, and I finished completing the label by adding the time the blood was drawn (12:46 AM).

   i.  I initialed the label which was used to seal the vial top closed.

**Booking:**

17. He was transported to the Gregg County Jail for booking and provided a copy of the DIC-24 Statutory Warning and DIC-25 Notice of Suspension Temporary Driving Permit. He was booked for Driving While Intoxicated 3rd or more after showing to have multiple prior convictions. He was also booked by Deputy Cassin for UUMV and DWLI W/ Prev Conv/Susp.

**Witnesses:**

*Name & Address:*

Trooper Bobby Dean
416 Lake Lamond
Longview, TX 75604
903-758-1789

*Will Testify To:*

Entire Contact

**Description and Custody of Evidence:**

*Description:*

DVD of Contact
Blood Specimen

*Disposition:*

Sent to DA's Office with Case Report
Sent to Tyler DPS Crime Lab

| | |
|---|---|
| FILE TITLE: Lampkins, Esaw | COUNTY: Gregg |
| INVESTIGATING OFFICER: Trooper Bobby Dean | REPORT DATE: 07/31/13 |

would affect the tests. I then began the Standardized Field Sobriety Tests which I am certified to administer.

7. **Horizontal Gaze Nystagmus (HGN) Test:**

Look into the subject's eyes for horizontal gaze nystagmus. Nystagmus is the involuntary jerking of the eyes. Horizontal Gaze Nystagmus is the involuntary jerking of the eyes as they gaze to the side.

Have the subject focus on a stimulus. Hold a stimulus twelve to fifteen inches in front of the subject's face, slightly above eye level. Ask the subject to follow the stimulus with eyes only, not moving the head.

Check to make sure the subject has **equal pupil size** and **equal tracking** in both eyes. Then check for **lack of smooth pursuit** in both eyes. This means the inability of the eyes to follow a stimulus smoothly as they move from side to side. Next, check for **distinct and sustained nystagmus at maximum deviation**. This means a distinct jerking of the eyes as they move to the side until no more white is visible in the corner of the eye and held there for at least four seconds. Finally, check for the **onset of nystagmus prior to forty-five degrees**. This means a jerking of the eyes prior to a forty-five degree angle. This point is between the nose and inside portion of the shoulder on most people.

Each eye is scored independently for a total of six clues; three clues per eye. The decision point is 4 clues.

Total Possible HGN Clues:

   a) **Lack of Smooth Pursuit**
   b) **Distinct and Sustained Nystagmus at Maximum Deviation**
   c) **Onset of nystagmus Prior to Forty-Five Degrees**

8. During the test, I observed the following 4 clues:

   - Lack of Smooth Pursuit in both eyes

   - Distinct and Sustained Nystagmus at Maximum Deviation in both eyes

9. I did not administer the Walk and Turn Test or One Leg Stand Test due to him being under arrest and in handcuffs.

10. I asked him if he would provide a breath sample into a PBT and he did not refuse it or take it. He stated that he thought he might be over the limit and he admitted that he consumed three 16 ounce Natural Light beers approximately two hours before

11. I asked him if he thought he was intoxicated and he stated that he might be. I asked him to describe how he felt on a scale of "0-10" with "0" meaning completely sober and "10" meaning the most intoxicated he had ever seen anybody ever being. He stated that he was "5." I then asked him again if he would take the PBT. He then refused.

CAUSE NUMBER_____

THE STATE OF TEXAS                                    IN THE _____ COURT

VS.

ESAW LAMPKIN                                              GREGG COUNTY, TEXAS

PETITION FOR REIMBURSEMENT UNDER ARTICLE 42.12, Sec. 11(a)(19), CODE OF
CRIMINAL PROCEDURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW THE STATE OF TEXAS by and through the undersigned attorney and moves
the Court to include in the terms and conditions of probation, ordered under
Article 42.12,Code of Criminal Procedure, in this case, reimbursement to the law
enforcement agency, the Texas Department of Public Safety, Crime Laboratory, for
its costs incurred in the (analysis) (1), (storage) (2), or (disposal) (3) for
alcohol content in connection with this offense. The sum (4) of the cost to be
reimbursed is $60.00.


1. Analysis        $    60            Signature of Attorney Representing the
                                      State
2. Storage         $     0
                                      _____
3. Disposal        $     0            Printed Name

4. Sum             $    60            _____


   DPS Laboratory Number: TYL-1307-04468      IF REIMBURSEMENT IS ORDERED AS A TERM OF
        Agency File Number:                    COMMUNITY SUPERVISION, SEND PAYMENT TO:

                                               Texas Department of Public Safety
                                               RESTITUTION ACCOUNTING
                                               P.O. Box 4087
                                               Austin, Texas 78773-0130

HQ-46B      (08/05)                            512-424-2144

FILED
GREGG COUNTY, TEXAS

JUL 2 2 2013

_____O'CLOCK_____M
BARBARA DUNCAN, DISTRICT CLERK
BY_____,DEPUTY

Docket No. _SW·7·13·2013·307_

|  |  |  |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE ___307th___ |
|  | § | IN AND FOR |
| COUNTY OF GREGG | § | GREGG COUNTY, TEXAS |

## RETURN AND INVENTORY

The undersigned Affiant, being a Peace Officer under the laws of Texas and being duly sworn, on oath certifies that the foregoing Warrant came to hand on the day it was issued and that it was executed on the _13_ day of _July_, 20_13_, by making the search directed therein and seizing during such search the following described property: Human blood from the body of the Suspect.

Suspect's Name: _Lampkin, Esau_ Sex: _m_ Race: _B_

Suspect's date of birth: _6/5/68_

_____
Affiant

Subscribed and sworn to before me by the said Affiant on this _____ day of ____JUL 2 2 2013___.

_____
{  } _____ District Court/CCL# _2_

{  } Magistrate of _____ County, Texas

{  } Peace Officer, State of Texas

{  } Notary Public whose commission
expires:_____

Rev: 08/2012

(2)

**FILED**
GREGG COUNTY, TEXAS

**JUL 2 2 2013**

_____O'CLOCK_____M
BARBARA DUNCAN, DISTRICT CLERK
BY_____,DEPUTY

Docket No. ___SW-07132013-307___

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE ____307th____ |
| | § | DIST COURT  IN AND FOR |
| COUNTY OF GREGG | § | GREGG COUNTY, TEXAS |

## SEARCH WARRANT

THE STATE OF TEXAS to any Sheriff or any Peace Officer of Gregg County, Texas, or any Peace Officer of the State of Texas:

WHEREAS, I have been presented an affidavit requesting issuance of a search warrant, and whereas I find that the verified facts stated by the Affiant in said affidavit show that Affiant has probable cause for the belief he/she expresses therein, and whereas I believe said affidavit properly establishes grounds for issuance of this Warrant;

NOW, THEREFORE, you are commanded to take custody of the Suspect and with the assistance of an individual qualified in the intravenous removal of human blood, you shall search for, seize and maintain as evidence the property described in said Affidavit, to-wit: _Human blood from the body of the Suspect._

Suspect's Name: _Lampkin, Esaw_                     Sex: _M_  Race: _B_

Suspect's date of birth: _6 / 5 / 68_

Herein fail not, but have you then and there this warrant to be executed without delay; and upon compliance with the orders herein, make return showing you have executed same within three days of the date shown below, exclusive of the day of its issuance and return.

ISSUED on this the __13__ day of __July_____, 20_13_ at __12:15_____ o'clock _A_.M., to certify which witness my hand this day.

_____
_307_ District Court/County Court at Law #_____
Gregg County, Texas

Rev 08 2012

## (CHECK ONLY ONE BOX)

☐ **Non-Traffic Stop Encounter with Suspect**

No action was taken by me or other law enforcement officers to stop the Suspect's vehicle. The encounter with the Suspect occurred at _____ o'clock ___.m. on the _____ day of _____. 20___ at the following location within Gregg County, Texas:

_____

_____

The events leading up to the encounter with the Suspect and the reasons I believe the Suspect was operating a motor vehicle are: _____

_____

_____

_____

_____

_____

☑ **Traffic Stop on Vehicle Operated by Suspect**

A stop was conducted on a motor vehicle driven or operated by the Suspect. The name of the officer who stopped the motor vehicle is _Deputy Joe Cassin_. The stop was made at approximately _10:27_ o'clock _P_.m. on the _12_ day of _July_, 20_13_. The stop took place in Gregg County, Texas at the following location: _I.H 20 EB Service Rd_

_____

The stop was made for these reasons and under the following circumstances: _____
_Failed to yield right of way and subject was_
_backing up in the roadway._

_____

_____

_____

Rev: 08/2012



# TEXAS DEPARTMENT OF PUBLIC SAFETY
# CRIME LABORATORY SERVICE

## Toxicology/Blood Alcohol Kit
## Laboratory Submission Form

<table>
<tr><td colspan="2"><b>DPS Laboratory Use Only</b></td></tr>
<tr><td>Lab<br>Case #</td><td></td></tr>
<tr><td>Date<br>Evidence Rec'd</td><td></td></tr>
</table>

## Submitting Officer

Name _Bobby Dean_

Title _Trooper II_

Agency _DPS-THP_

Mailing Address _416 Lake Lamond_

City, State Zip Code _Longview, TX 75604_

Phone _903-758-1759_   Fax _____

Email _Bobby.Dean@dps.tx.gov_

## Agency Case Number _____

Date and Time of Offense _7/12/13  10:27pm_

Offense  ☒ Intoxication Investigation
☐ Other _____

County of Offense _Gregg_

| Exam Requested | ☐ Alcohol Analysis Only<br>*(Submit to Lab for your Area)* | ☐ Drug Analysis Only<br>*(Submit to Austin Lab)* | ☒ Both Alcohol and Drug Analysis<br>*(Submit to Lab for your Area)* |
|---|---|---|---|

## Specimen Taken From

| Suspect | Victim | Name (Last, First, Middle) | Race | Sex | DOB | DL# / ID# |
|---|---|---|---|---|---|---|
| ☒ | ☐ | Lumpkin, Eric | B | M | 6/5/85 | TX 14053633 |

☐ Living or ☐ Deceased  ☐ Driver or ☐ Non-Driver  ☐ Driver under 21  ☐ Driving Commercial Vehicle

☒ Blood   ☐ Urine   Comments

Collection Date ~~7/18/13~~ 7/13/13  Time _12:46 AM_  _Dan Leach_ Printed Name of Collector  _RN_ Title

## Other Subjects

| Suspect | Victim | Deceased | Name (Last, First, Middle) | Race | Sex | DOB | DL#/ID# |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | | | | | |
| ☐ | ☐ | ☐ | | | | | |
| ☐ | ☐ | ☐ | | | | | |

## Additional Case Information

| ☐ Intoxilizer     ☐ PBT<br>Breath Test Results: _____ | List Drug(s) Suspected: | ☐ DRE (Drug Recognition Expert)<br>Exam Administered |
|---|---|---|

Investigator: _Bobby Dean_   _Trooper II_
Printed Name                          Title

SIRCHIE FINGER PRINT LABORATORIES

TXB2004

2.

# STATUTORY WARNING

DIC-24 (Rev. 9/11)

Lampkin, Esaw
**SUBJECT'S NAME**

TX 14053653
**DL NO./STATE**

6/5/68
**DOB**

PHYSICAL DESCRIPTION (if unlicensed) Race: _____ Sex: _____ Height: _____ Weight: _____ Eyes: _____ Hair: _____

DATE OF ARREST: 7/12/13   TIME OF ARREST: 2301 hrs   COUNTY OF ARREST: Gregg

You are under arrest for an offense arising out of acts alleged to have been committed while you were operating a motor vehicle in a public place, or a watercraft, while intoxicated, or an offense under Section 106.041, Alcoholic Beverage Code. You will be asked to give a specimen of your breath and/or blood. The specimen will be analyzed to determine the alcohol concentration or the presence of a controlled substance, drug, dangerous drug or other substance in your body.

If you refuse to give the specimen, that refusal may be admissible in a subsequent prosecution. Your license, permit or privilege to operate a motor vehicle will be suspended or denied for not less than 180 days, whether or not you are subsequently prosecuted for this offense.

If you refuse to submit to the taking of a specimen, the officer may apply for a warrant authorizing a specimen to be taken from you.

If you are 21 years of age or older and submit to the taking of a specimen and an analysis of the specimen shows that you have an alcohol concentration of 0.08 or more, your license, permit or privilege to operate a motor vehicle will be suspended or denied for not less than 90 days, whether or not you are subsequently prosecuted for this offense.

If you are younger than 21 years of age and have any detectable amount of alcohol in your system, your license, permit or privilege to operate a motor vehicle will be suspended or denied for not less than 60 days. However, if you submit to the taking of a specimen and an analysis of the specimen shows that you have an alcohol concentration of less than 0.08, you may be subject to criminal penalties less severe than those provided for under Chapter 49, Penal Code.

If you were operating a motor vehicle and you refuse to give the specimen or provide a specimen that shows you have an alcohol concentration of 0.08 or more, you may be disqualified from driving a commercial motor vehicle for a period of not less than one year.

You may request a hearing on the suspension or denial. This request must be received by the Texas Department of Public Safety at its headquarters in Austin, Texas, no later than 15 days after you receive or are presumed to have received notice of suspension or denial. The request can be made by written demand, fax, or other form prescribed by the Department.

I certify that I have informed you both orally and in writing of the consequences of refusing to submit to the taking of a specimen or providing a specimen. I have provided you with a complete and true copy of this statutory warning.

I am now requesting a specimen of your   ☐ **Breath**   ☑ **Blood**

☑ Subject refused to allow the taking of a specimen and further refused to sign below as requested by this officer.

OR

☐ Subject refused to allow the taking of a specimen as evidenced by his/her signature below.

_____
Subject's Signature

☐  I further certify that because you are a child as defined in Section 51.02, Family Code, the above request for a specimen and your response have been videotaped.

B. Dean
Officer's Signature

B. Dean
Officer's Printed Name

DPS-THP
Agency

_____
Telephone No.

**FOR DEPARTMENT USE ONLY**

DPS Copy—White        Driver's Copy—Yellow

# PEACE OFFICER'S SWORN REPORT

DIC-23 (Rev. 9/01)

STATE OF TEXAS
COUNTY OF _Guess_

Before me, the undersigned authority, on this day personally appeared _Bobby, Dean_ known to me to be
a credible person, who, having been by me duly sworn, deposed as follows:

My name is _Bobby Dean_, and I am a Texas Peace Officer. I certify that the following information is

true and correct: I had probable cause to believe and do believe that _Esaw Lampkin_
_____
                                              Subject's Name

was driving or in actual physical control of a motor vehicle in a public place, or watercraft powered by an engine having a manufacturer's rating of 50 horsepower or above, in this state while intoxicated or under the influence of alcohol. Facts in support of this belief are:

☑ A. Contained in report(s) incorporated by reference for all purposes as if written and copied herein.

Specify report(s) or document(s) _THP-1_ No. of pages _5_

OR

☐ B. Noted in the following:

I. On or about _____, a _____, was observed by _____
           Date and Time of Offense           Description of Motor Vehicle or Watercraft              Observer

in the following public place _____
                                      Location (address, including city and county)

II. Reasonable suspicion to stop or make contact:

III. The driver was identified to me as _____
                                              Name                          Driver License No.          DOB

IV. Probable cause for arrest or detention:

a. Signs of intoxication or consumption of alcohol:

b. Sobriety tasks requested, if any, and performance obtained (explain):
   I ☐ am ☐ am not certified to administer standardized field sobriety tests. ☐ including ☐ not including horizontal gaze nystagmus

☐ _____ continuation page(s) incorporated by reference for all purposes as if written and copied herein.

V. Check one:
   ☐ Subject provided specimen - Intoxilyzer results: _____ , _____
   ☐ Subject refused test
   ☐ Subject provided blood sample, results pending
   ☐ Subject was a minor and was not requested to provide a specimen

The statutory warning given to the person is set out in detail
in the document DIC-24, which is incorporated by reference
for all purposes as if written and copied herein.

_____
Officer's Signature

_S. Dean_
Printed Name

_DPS-THP_
Agency

SWORN AND SUBSCRIBED before me on the _31st_

day of _July_ , 20_13_

_Jolene Bridges_
Notary Public, State of Texas

FOR DEPARTMENT USE ONLY

[NOTARY STAMP]
JOLENE BRIDGES
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXPIRES 1-16-16

FILED
GREGG COUNTY, TEXAS

JUL 2 2 2013

O'CLOCK_____ M
BARBARA DUNCAN, DISTRICT CLERK
BY_____,DEPUTY

Docket No. SW·7·13·2013·307

THE STATE OF TEXAS          §    IN THE _____307th_____

                            §              IN AND FOR

COUNTY OF GREGG             §         GREGG COUNTY, TEXAS

## RETURN AND INVENTORY

The undersigned Affiant. being a Peace Officer under the laws of Texas and being duly sworn, on oath certifies that the foregoing Warrant came to hand on the day it was issued and that it was executed on the _13_ day of _July_. 20 _13_. by making the search directed therein and seizing during such search the following described property: Human blood from the body of the Suspect.

Suspect's Name: _Lampkin, Esau_ Sex: _m_ Race: _B_

Suspect's date of birth: _6 / 5 / 68_

_____
Affiant

Subscribed and sworn to before me by the said Affiant on this _____ day of
_____ JUL 2 2 2013 _____.

_____
{ } District Court/CCL# _2_

{ } Magistrate of _____ County. Texas

{ } Peace Officer, State of Texas

{ } Notary Public whose commission
    expires:_____

Rev: 08/2012

8.

FILED
GREGG COUNTY, TEXAS

JUL 2 2 2013

O'CLOCK_____M
BARBARA DUNCAN, DISTRICT CLERK
BY_____,DEPUTY

Docket No. _____

THE STATE OF TEXAS

§ IN THE _____

§ IN AND FOR

§ GREGG COUNTY, TEXAS

COUNTY OF GREGG

§

## SEARCH WARRANT

THE STATE OF TEXAS to any Sheriff or any Peace Officer of Gregg County, Texas, or any Peace Officer of the State of Texas:

WHEREAS. I have been presented an affidavit requesting issuance of a search warrant, and whereas I find that the verified facts stated by the Affiant in said affidavit show that Affiant has probable cause for the belief he/she expresses therein, and whereas I believe said affidavit properly establishes grounds for issuance of this Warrant;

NOW. THEREFORE. you are commanded to take custody of the Suspect and with the assistance of an individual qualified in the intravenous removal of human blood, you shall search for, seize and maintain as evidence the property described in said Affidavit. to-wit:  <u>Human blood from the body of the Suspect.</u>

Suspect's Name: <u>Lumpkin, Eigen</u>                               Sex: <u>M</u> Race: <u>B</u>

Suspect's date of birth: <u>6/5/68</u>

Herein fail not, but have you then and there this warrant to be executed without delay; and upon compliance with the orders herein. make return showing you have executed same within three days of the date shown below, exclusive of the day of its issuance and return.

ISSUED on this the _____ day of _____, 20__. at _____ o'clock ____.M.. to certify which witness my hand this day.

_____
_____ District Court/County Court at Law #_____
Gregg County. Texas

Rev. 08/2012

**FILED**
GREGG COUNTY, TEXAS

JUL 2 2 2013

O'CLOCK_____ M
BARBARA DUNCAN, DISTRICT CLERK
BY_____DEPUTY

Docket No. _____

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE _____ |
| | § | IN AND FOR |
| COUNTY OF GREGG | § | GREGG COUNTY, TEXAS |

## AFFIDAVIT FOR SEARCH WARRANT

### PARAGRAPH I
### (AFFIANT)

My name is _Bobby Dean_ and I am a Peace Officer under the laws of Texas and after being duly sworn, on oath I make the following statements and accusations:

I am commissioned as a peace officer by the following law enforcement agency: _____ _Texas Department of Public Saf_ I have been a peace officer for ___7___ years. The facts set forth in this Affidavit are the results of an investigation conducted by:

☒ Me (Affiant)

☒ _Joe Cassin_, who I know to be a credible and reliable person employed as a peace officer by the _Gregg County Sheriff's Office_ and who has communicated to me the facts set forth in this Affidavit.

### PARAGRAPH II
### (SUSPECT)

There is in Gregg County, Texas, a suspected person described and located as follows: An individual whose name is _Eison Lampkin_ and who shall hereafter be referred to as "Suspect". Suspect is a _X_ male / _____ female who was born on _6/5/08_, 19_68_. The Suspect _____ does not have a driver's license / _X_ has a driver's license issued by the State of _Texas_ and the number is _14053633_. The Suspect is presently in custody of the Gregg County Jail located at 101 E. Methvin, Longview, Texas, or other place described as follows: _Good Shepherd Medical Center - Longview_

Rev: 08/2012

To: DPS trooper    Page 1 of 1

2013-07-13 05:30:24 (GMT)

18003037858   From: Rebekah Taylor

To.    Page 1 of 1

2013-07-13 05:24:17 (GMT)

18003037858   From: Rebekah Taylor

JUL-13-2013 00:01    From: 9033151153

Page: 8/18

**FILED**
GREGG COUNTY, TEXAS

**JUL 2 2 2013**

O'CLOCK _____ M
BARBARA DUNCAN, DISTRICT CLERK
BY_____, DEPUTY

Docket No. __SW-07132013-307__

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE ___307th___ |
| | § | DIST COURT   IN AND FOR |
| COUNTY OF GREGG | § | GREGG COUNTY, TEXAS |

## SEARCH WARRANT

THE STATE OF TEXAS to any Sheriff or any Peace Officer of Gregg County, Texas, or any Peace Officer of the State of Texas:

WHEREAS, I have been presented an affidavit requesting issuance of a search warrant, and whereas I find that the verified facts stated by the Affiant in said affidavit show that Affiant has probable cause for the belief he/she expresses therein, and whereas I believe said affidavit properly establishes grounds for issuance of this Warrant;

NOW, THEREFORE, you are commanded to take custody of the Suspect and with the assistance of an individual qualified in the intravenous removal of human blood, you shall search for, seize and maintain as evidence the property described in said Affidavit, to-wit: __Human blood from the body of the Suspect.__

Suspect's Name: __Lampkin, Esau_____   Sex: __M__ Race: __B__

Suspect's date of birth: __6 | 5 | 68_____

Herein fail not, but have you then and there this warrant to be executed without delay; and upon compliance with the orders herein, make return showing you have executed same within three days of the date shown below, exclusive of the day of its issuance and return.

ISSUED on this the __13__ day of __July_____, 20__13__ at __12:15_____ o'clock __A__.M..
to certify which witness my hand this day.

_____
__307__ District Court/County Court at Law #_____
Gregg County, Texas

Rev 08 2012

# MAGISRATE'S REVIEW OF ARREST WITHOUT WARRANT

| SUSPECT: | Lampkin, Esaw | | DATE OF ARREST: | 7/12/13 | | ID FILE # | |
|---|---|---|---|---|---|---|---|
| RACE: | B | SEX: M | DATE OF BIRTH: | 6/5/68 | | TIME OF ARREST: | 2301hrs |

CHARGES: Driving While Intoxicated 3rd or More

## PROBABLE CAUSE FOR ARREST

Please indicate facts that indicate the suspect committed the offense(s) charged. Please include facts relevant to each offense.

On 7/12/13, GCSO Deputy Joe Cassin stopped a vehicle operated by Lampkin, Esaw B/M 6/5/68 for fail to yield right of way and backing up on IH 20 EB Service Rd. In Gregg County, TX. The vehicle was also reported stolen and Cassin suspected the subject was intoxicated JONES, JERMONE ANTONIO. I, Trooper Bobby Dean, arrived on scene to conduct a Driving While Intoxicated Investigation. I observed that Lampkin's eyes were red and glassy, his speech was slurred, the odor of an alcoholic beverge was present on his breath, and he admitted to consuming alcohol. I believed that he was intoxicated and had lost the normal use of his mental and physical faculties. He was arrested and refused to provide a blood specimen. A blood search was obtained and executed. Lampkin shows multiple Driving While Intoxicated convictions including two convictions for Driving While Intoxicated 3rd or More. He was booked into the Gregg County Jail for Driving While Intoxicate 3rd or More.

_____ 12765 _____
**ARRESTING OFFICER**

**APPROVING SUPERVISOR**

I, the undersigned magistrate, find probable cause for detention of this suspect for the following offense (s):

1. _____
2. _____
3. _____

_____  _____  _____
Magistrate              Date                    Time

I, the undersigned magistrate, find there is no probable cause to detain this subject based on the information presented.

_____  _____  _____
Magistrate              Date                    Time

The Suspect is presently in my control and custody or another peace officer, who will present Suspect for purposes of execution of the warrant requested hereby.

It is my belief that the Suspect is now in possession of and is concealing the following property within the body of the Suspect, to-wit: Human blood, which I believe contains evidence of an intoxicating substance. From my training and experience, I know alcohol and other intoxicating substances are absorbed into the bloodstream of an intoxicated person and that the blood of such person can be analyzed for the presence of alcohol and other intoxicating substances. I believe that said property constitutes evidence that the offense described in Paragraph III below was committed by the Suspect.

## PARAGRAPH III
### (OFFENSE)

I have probable cause to believe and do believe that on or about the __12__ day of __July__, 20 _13_, the Suspect did then and there operate a motor vehicle in a public place while intoxicated by reason of the introduction of alcohol, a controlled substance, a drug, a dangerous drug, a combination of two or more of those substances, or any other substance into the body.

## PARAGRAPH IV
### (EVIDENCE OF OPERATING/REASONS FOR CONTACT)

MY BELIEF THAT THE SUSPECT COMMITTED THE OFFENSE DESCRIBED IN PARAGRAPH III ABOVE IS BASED UPON THE FACTS SET FORTH IN PARAGRAPHS IV AND V OF THIS AFFIDAVIT:

I believe the Suspect was operating a motor vehicle in a public place for the following reasons:

_____ I observed the Suspect operating a motor vehicle in a public place.

__X__ A person whose name is Deputy Joe Cassin _____told me that they personally observed the Suspect operating a motor vehicle in a public place.

Other reasons:_____

_____

_____

_____.

Rev: 08.2012

It is my belief that the Suspect committed the following violations of the Transportation Code (if any): failed to yield right of way, subject was also operating a stolen vehicle

☐ **Crash of Vehicle Operated by Suspect**

I was notified of a motor vehicle crash by _____.

I and/or _____, who is also a peace officer, conducted the crash investigation and that the location of the crash was _____ which I know to be in Gregg County, Texas. The crash occurred at approximately _____ o'clock ____.m. on the _____ day of _____, 20___. I have reason to believe that the Suspect was driving or operating the motor vehicle involved in the crash because _____ _____ _____.

The name(s) of the person(s) who observed the Suspect operating the vehicle are: _____ _____.

The details/circumstances surrounding the crash are:_____ _____ _____ _____

## PARAGRAPH V
### (EVIDENCE OF INTOXICATION)

During contact with the Suspect, the following observations about the Suspect were made by

❌ me (Affiant) _____Bobby Dean_____, who is a peace officer.

Rev: 08-2012

*9.*

SUBJECT'S NAME: Lampkin, Esaw

DL/ID NO./STATE: TX 14053633     DOB: 4/5/68

ADDRESS: 1215 Red Oak Park     Dallas, TX 75232

PHYSICAL DESCRIPTION (if unlicensed)  Race: _____  Sex: _____  Height: _____  Weight: _____  Eyes: _____  Hair: _____

DATE OF ARREST: 7/13/13    TIME OF ARREST: 230/hrs    COUNTY OF ARREST: Gress

**YOUR LICENSE, PERMIT OR PRIVILEGE TO OPERATE A MOTOR VEHICLE OR WATERCRAFT WILL BE SUSPENDED OR DENIED EFFECTIVE 40 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE BECAUSE YOU:**

**ADULT:**

- [X] **REFUSED** to provide a specimen or specimens of breath or blood following an arrest for an offense prohibiting the operation of a motor vehicle or watercraft while intoxicated, while under the influence of alcohol, or while under the influence of a controlled substance.

- [ ] **PROVIDED** a specimen of breath or blood, and an analysis of the specimen showed an alcohol concentration of .08 or greater following an arrest for an offense involving the operation of a motor vehicle or watercraft.

**MINOR (Under 21):**

- [ ] **REFUSED** to provide a specimen or specimens of breath or blood following an arrest for an offense prohibiting the operation of a motor vehicle or watercraft while intoxicated, while under the influence of alcohol, or while under the influence of a controlled substance.

- [ ] **PROVIDED** a specimen of breath or blood, and an analysis of the specimen showed either an alcohol concentration of .08 or greater or a detectable amount of alcohol following an arrest for an offense involving the operation of a motor vehicle or watercraft.

- [ ] **WERE NOT REQUESTED TO SUBMIT** to the taking of a specimen following an arrest involving the operation of a motor vehicle or watercraft. as the presence of alcohol was detected or measured by other means.

---

If your Texas driver license was confiscated, this document will serve as your temporary driving permit. It is subject to the same restrictions and endorsements as your Texas driver license. If you hold a commercial driver license, this permit authorizes the operation of commercial motor vehicles. This permit does not provide you with any driving privileges if you do not have a Texas driver license or if your Texas driver license is expired, suspended, revoked, cancelled, or disqualified. This permit is valid for 40 days from the date of service shown below. If you request a hearing, this permit will remain in effect until the administrative law judge makes a final decision in your case.

---

Driver License Confiscated:  [ ] Yes  [X] No   If no, explain: Not in possession

Date Notice Served: 7/13/13

Officer's Signature: _____

Officer's Printed Name: B. Dean

Agency: DPS-THP

Telephone No.: 903-758-1782

**FOR DEPARTMENT USE ONLY**

**DRIVER INFORMATION**

You may request a hearing to contest the suspension by calling (800) 394-9913, faxing (512) 424-2650 or writing the Texas Department of Public Safety, Driver Improvement Bureau, at PO Box 4040, Austin, Texas 78765-4040. All correspondence must include the following information: Full name, date of birth, driver license number and state, current mailing address, home and daytime telephone numbers, date and county of arrest, arresting agency, arresting officer, whether the test was failed, refused or not requested, and such other information as requested by the Department. Please specify if you wish to have your hearing by telephone or in person. **The request for hearing must be received by the Texas Department of Public Safety no later than 15 days after you receive or are presumed to have received notice of suspension. Failure to request a hearing within this time is a waiver of your right to a hearing.** You will be notified of the date, time, and location of your hearing. You will be required to pay a $125 reinstatement fee to the Texas Department of Public Safety, Driver Improvement Bureau, PO Box 15999, Austin, Texas 78761-5999, in addition to any other fees required by law. See reverse side for periods of suspension and statutory references.

DPS Copy—White          Driver's Copy—Yellow

✗ ESCAPE RISK✗ ('13)    ✗ NO AW✗

## GREGG COUNTY SHERIFF'S OFFICE BOOKIN SHEET

| SO# | PID# |
|---|---|

### PERSON INFORMATION

| NAME: Lampkin, Esau | DOB: 6/5/68 |
|---|---|

AKA:

STM/DESC:

| RACE: B | ETHNICITY: ☐ H  ☒ N | SEX: ☒ M  ☐ F | HAIR: BLK | EYES: Brn |
|---|---|---|---|---|
| HEIGHT: 504 | WEIGHT: 150 | AGE: 45 | SKIN: Dark | CITIZENSHIP: USA |

| DL (TX - 88855288): DL 14053633  1 | SS#: 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 or 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 |
|---|---|
| FBI#: | DPS#: | POB (CITY, STATE): Texas |

| STREET ADDRESS: 1215 Oak Park Dr. | CITY / STATE / ZIP: Dallas, TX 75232 | |
|---|---|---|
| PHONE: Refused | OCCUPATION: None | EMPLOYER: | EMPLOYER ADDRESS: | MARITAL STATUS: Married |
| BOOKING OFFICER: S Cassin #378 | BOOKING DATE: 7/13/13 | TIME: 0108 0108 | RELIGIOUS PREFERENCE: Muslim |

### CHARGE(S)

| # | | DPS CODE # | WARRANT # | BOND | FINE | ISSUING AUTHORITY |
|---|---|---|---|---|---|---|
| 1 | UUMV | F/s 2-110003 | O/S | | | GCSO |
| 2 | DWLI w/prev convictn | M/35499001 | O/S | | | GCSO |
| 3 | DWI 3rd or more | 54040011 | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

### ARREST INFORMATION

| ARRESTING OFFICER #: S Cassin #578 | UNIT: 1449 | DEPARTMENT: GCSO | ARREST DATE & TIME: 7/13/13 2301 | LOCATION: SH 135 / I-20 | | ORIGINAL ARREST DATE |
|---|---|---|---|---|---|---|
| EMERGENCY CONTACT: Refused | ADDRESS: | | | | RELATIONSHIP: | PHONE: |
| FAMILY CONTACT #1: | ADDRESS: | | | | RELATIONSHIP: | PHONE: |
| FAMILY CONTACT #2: | ADDRESS: | | | | RELATIONSHIP: | PHONE: |
| FAMILY CONTACT #3: | ADDRESS: | | | | RELATIONSHIP: | PHONE: |

| VEHICLE YEAR: 1998 | MAKE: DODGE | MODEL: RAM | COLOR: BLK/RED | LICENSE: AR15395 | STATE: TX |
|---|---|---|---|---|---|
| VEHICLE TOWED BY: Nolens | STORED: Nolens | | REQUESTED BY: S Cassin #578 | |
| COMPLAINANT / VICTIM INFORMATION | | | | PHONE: |

LIST PROPERTY ON BACK OF THIS PAGE          NEXT PAGE

*V4)*

**(CHECK and CIRCLE ALL THAT APPLY)**

☒ Odor of alcohol:   Strong   (Moderate)   Faint   None

☒ Speech: (Slurred)   Confused   Stuttered   Fair   Good

___ Balance: Falling   Staggering   Hesitant   Swaying

___ Walking: Falling   Staggering   Hesitant   Swaying

___ Turning: Falling   Staggering   Hesitant   Swaying

☒ Eyes: (Bloodshot & Red)   (Glassy)   Other:_____

ALSO, I HAVE KNOWLEDGE OF THE ITEMS CHECKED BELOW BECAUSE I PERSONALLY OBSERVED THEM OR WAS INFORMED OF THEM BY A PEACE OFFICER OR ANOTHER PERSON WHOSE NAME IS:_____.

**(CHECK ALL THAT APPLY)**

___ Alcoholic beverages were present inside the motor vehicle operated by the Suspect.

___ Drugs/Controlled substances were present inside the motor vehicle operated by the Suspect.

___ Drugs/Controlled substances were located on the person of the Suspect.

___ Drug paraphernalia was located on the person of the Suspect or in the motor vehicle.

☒ Field sobriety tasks were administered to the Suspect by me or by _____.

☒ The person who administered the field sobriety tasks is certified to administer said tasks.

☒ The Suspect's performance on the field sobriety tasks indicated loss of the normal use of physical or mental faculties.

___ Attached to this affidavit is a scoring sheet indicating the Suspect's performance on the field sobriety tasks.

___ The Suspect was not asked to perform field sobriety tasks.

___ The Suspect couldn't perform field sobriety tasks due to ___ injury and/or ___ intoxication.

Rev 08/2012

# Texas Department of Public Safety

THP6# TX135D0F0K005
(r50)

||||||||||||||||||||||||||||||||

Date: July 13, 2013  12:57 am
DL#: ████████████

Violator: LAMPKIN, ESAW
Res Addr: ████████████████████████

Phone:

Race/Sex: BM    Height: 504    DOB: 06/05/1968
Veh LP: TX - AR15395    Make: DODG
  Passengers: ☐    Year: 1998    Model: PK
  HazMat Plac: ☐    Type: PICKUP TRUCK    Color: BLACK
  Constr. Zone: ☐    Route: 0020    County: GREGG
Workers Present: ☐    MilePost: 583    Weather: CLEAR/CLOUDY
Location:    Traffic: LIGHT
IH-0020 IN GREGG CO. (580-596)
Alleged:    Speed Limit:    Accident: ☐    Radar Cal.:
Other Cond:

## VIOLATIONS

1.. DWI-3RD/SUBSEQUENT OFFENSE

You are hereby notified to appear before:
Judge: DISTRICT COURT IN GREGG CO.
Court: DISTRICT    Pct & Place:    Phone:

On or before:

Issued by: 12765 - B DEAN
  Region: 1    District: B    Area 06

I hereby promise to appear at the time and place designated in this notice:

**SIGNATURE**

Jailed

12765 - B DEAN

|||||||||||||||||||||||||||||||

THP6# TX135D0F0K005    Date: July 13, 2013  12:57 am

Judge: DISTRICT COURT IN GREGG CO.
Court: DISTRICT    Pct & Place:    Phone:
Date:

Violator: LAMPKIN, ESAW
Res Addr: 1035 CASCADE S
  MESQUITE, TX 75149-0000
DL# TX - 14053633
  DOB: 06/05/1968

REASON FOR STOP:    VEHICLE SEARCH ☐    CONTRABAND FOUND? ☐
WARNING ☐    CONSENT ☐    INC TO ARREST ☐    DRUGS ☐    CURRENCY ☐
CITATION ☑    PC ☐    INVENTORY ☐    WEAPONS ☐    OTHER ☐
C.D.L.: ☐    Com.Veh. ☐    Interstate: ☐    Intrastate: ☐
HazMat Plac: ☐    Vehicle Type: PICKUP TRUCK

| Date | Convicted | Dismissal | DDC | Docket# |
|------|-----------|-----------|-----|---------|
| DWI-3RD/SUBSEQUENT OFFENSE | | | | |
| Final: | | | | |

FTA:

Remarks:

___The Suspect refused to perform field sobriety tasks.

_X_The Suspect stated that he/she had consumed alcohol prior to operating the vehicle.

___The Suspect stated that he/she had taken drugs or controlled substances prior to operating the vehicle.

___The Suspect stated that he/she had consumed the following number and type of alcoholic beverages: 3   16 ounce beers _____ at the following location: Unknown _____.

___Results from the Portable Breath Test instrument indicate the Suspect's blood alcohol level exceeds 0.08, the legal limit in the State of Texas.

___Other reasons why I believe the Suspect is intoxicated are:_____
_____
_____
_____

I also know that after the Suspect was placed under arrest for the offense of Driving While Intoxicated, _X_ I (Affiant) / ____ a peace officer whose name is ___Bobby Dean_____ _____requested the Suspect provide a sample of his/her breath or blood for the purposes of determining alcohol and/or drug content. I know that the Suspect refused to provide a sample in violation of the Texas Implied Consent law. It is my belief that the Suspect refused to provide a sample in an attempt to hide evidence of his/her intoxication.

## (CHECK ONLY ONE BOX)

_X_ Based upon my training and experience together with my observations of the Suspect during contact with him/her, I believe the Suspect is intoxicated and as a result, the Suspect did then and there commit the offense set forth in Paragraph III above.

_____I have knowledge that _____ is a peace officer licensed under the laws of the State of Texas. Based upon my knowledge of said peace officer's

Rev· 08/2012

# STATEMENT OF PERSON WHO WITHDREW BLOOD

Upon the request of _Bobby Dean_ (officer/trooper/deputy) I have withdrawn a blood sample from _Beau Lampkin_ on the _13_ day of _July_, 20_13_, at _12:46_ _A_m. for the purpose of subjecting such blood sample to analysis for alcohol and/or controlled substance concentration.


_Don Lea D Leahew_
Signature of Person Withdrawing Sample

_Don Leach_
Printed Name

_RN_
Title

_903-315-2020_
Work Contact Number

_____
Other Contact Number

Rev: 08/2012

training and experience, together with said peace officer's observations of the Suspect during contact with him/her. I believe the Suspect is intoxicated and as a result, the Suspect did then and there commit the offense set forth in Paragraph III above.

Any attachments to this Affidavit are deemed part of the Affidavit for purposes of supplementing the information contained herein.

Further, I request issuance of an order to appropriate third parties directing them to assist me or my agent in the execution of said warrant.

Affiant also requests authority from the Court to transport, remove, or take any property or evidence seized pursuant to the warrant requested herein to any location deemed necessary for purposes of safekeeping and completion of any investigation or proceedings related to the activities described in this Affidavit.

Wherefore, I request issuance of a search warrant authorizing me or my agent to search the person of the Suspect for the property described in Paragraph II (human blood) and seize the same as evidence that the Suspect committed the offense described in Paragraph III above.

_____
Affiant (Officer/Deputy/Trooper)

Subscribed and sworn to before me by the said Affiant on this _____ day of

_____, 20 _____.

_____
{ } _____ District Court/CCL # _____

{ } Magistrate of _____ County, Texas

{A} Peace Officer, State of Texas

{ } Notary Public whose commission
      expires:_____

Rev: 08/2012

(CHECK ONLY ONE BOX)

☐ Non-Traffic Stop Encounter with Suspect

No action was taken by me or other law enforcement officers to stop the Suspect's vehicle. The encounter with the Suspect occurred at _____ o'clock ____.m. on the _____ day of _____, 20___ at the following location within Gregg County, Texas:

_____

_____

The events leading up to the encounter with the Suspect and the reasons I believe the Suspect was operating a motor vehicle are:_____

_____

_____

_____

_____

☒ Traffic Stop on Vehicle Operated by Suspect

A stop was conducted on a motor vehicle driven or operated by the Suspect. The name of the officer who stopped the motor vehicle is _Deputy Joe Garcia_____. The stop was made at approximately _10 3_ o'clock _P_.m. on the _12_ day of __July____, 20_13_. The stop took place in Gregg County, Texas at the following location: _IH 20 EB Service Rd_

_____

The stop was made for these reasons and under the following circumstances:_____
_Failed to yield right of way and subject was_
_backing up in the roadway_

_____

_____

Rev. 08/2012

*18.*

## (CHECK ONLY ONE BOX)

☐ **Non-Traffic Stop Encounter with Suspect**

No action was taken by me or other law enforcement officers to stop the Suspect's vehicle. The encounter with the Suspect occurred at _____ o'clock _____.m. on the _____ day of _____, 20____ at the following location within Gregg County, Texas:

_____

_____

The events leading up to the encounter with the Suspect and the reasons I believe the Suspect was operating a motor vehicle are: _____

_____

_____

_____

_____

_____

☑ **Traffic Stop on Vehicle Operated by Suspect**

A stop was conducted on a motor vehicle driven or operated by the Suspect. The name of the officer who stopped the motor vehicle is _Deputy Joe Cassin_. The stop was made at approximately _10:27_ o'clock _P_.m. on the _12_ day of _July_, 20_13_. The stop took place in Gregg County, Texas at the following location: _IH 20 EB Service Rd_

_____

The stop was made for these reasons and under the following circumstances: _____

_Failed to yield right of way and subject was_
_backing up in the roadway._

_____

_____

Rev 08/2012